

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joyce Ellison-Harris and
Alandus Weaver,

\* From the 13th District Court
 of Navarro County,
 Trial Court No. D22-30790-CV.

Vs. No. 11-25-00007-CV

\* July 31, 2025

Rowlon Weaver, Jr.,

\* Memorandum Opinion by Bailey, C.J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. We dismiss Rowlon Weaver, Jr.'s motion to dismiss as moot. The costs incurred by reason of this appeal are taxed against Joyce Ellison-Harris and Alandus Weaver.